IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.    CRIMINAL NO.: 3:20CR3DCB-FKB

JOHN ROBERT ANDERSON

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO PRESENTENCE REPORT

This cause having come before the Court on the motion of the defendant for extension of time to submit objections to the presentence report, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED that the deadline to submit objections to the presentence report is hereby extended until the 4th day of June, 2021.

SO ORDERED this the 26th day of May, 2021.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

1